HENRIETTA D. LUDEMAN, Individually and as Administratrix, etc., of CATHERINE DOSCHER, Appellant, v. FLORENCE M. COCHRANE, Individually and as Administratrix, etc., of CATHERINE DOSCHER, Deceased, and WILBUR A. COCHRANE, Respondents.— Order entered August 9, 1928, modified by striking from the 3d paragraph of the directory part thereof the words " except that defendants. shall not be required to produce for examination or be examined regarding income tax returns; " by striking from the 4th paragraph of the directory part thereof the words " except income tax returns in such manner and at such times and places as provided in the stipulation dated December 27, 1927, authorizing and providing for examinations before trial," and by substituting therefor the words " such examination to be had either in Kings County or Nassau County, upon three days' notice in writing addressed and mailed to defendants' attorneys, before a Justice of the Supreme Court sitting at Chambers unless the parties otherwise stipulate." As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

HENRY T. MARTIN, Appellant, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

JOANNA MEEHAN, Respondent, v. SANFORD GOLDZIER and ARTHUR SIMON, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

AMBROSE M. MERIAN, Respondent, v. HENRY S. OLLESHEIMER, as Executor, etc., of SARAH S. OLLESHEIMER, Deceased, Appellant.— Order, as resettled, granting plaintiff's motion to serve supplemental and amended complaint, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

HENRY MILES & SONS, INC., Respondent, v. DAVID SEROTA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

CHARLES MULLER, Respondent, v. THE POWERS-KENNEDY CONTRACTING CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THERESA NORDMARK, as Administratrix of the Estate, Goods and Chattels of CARL E. NORDMARK, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order granting motion for a new trial upon the ground of newly-discovered evidence unanimously affirmed, with costs. In so far as concerns the point of the appellant that the motion was not based upon a case made and settled as required by rule 221 of the Rules of Civil Practice, we are of opinion that the appellant waived it. (Russell v. Randall, 123 N. Y. 436.) Moreover, the motion was made on the stenographer's minutes and the pleadings, all of which were before the Special Term justice, who was also the trial justice, and the record before us contains the record of the trial in addition to the affidavits upon which the motion was based. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.